UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELES ABREHA FETWI,

      Petitioner,

v.

KEVIN RAYCRAFT, et al.,

      Respondents.

_____/

Hon. Hala Y. Jarbou

Case No. 1:26-cv-602

## CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER

Meles Abreha Fetwi has submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

Response to Answer to Petition – ECF No. 9

This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Meles Abreha Fetwi files a signature page (attached) within 21 days of the date of this order.

IT IS SO ORDERED

Date:  March 24, 2026

/s/ Ray Kent
RAY KENT
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELES ABREHA FETWI,

      Petitioner,

v.

      Hon. Hala Y. Jarbou

      Case No. 1:26-cv-602

KEVIN RAYCRAFT, et al.,

      Respondents.

_____/

**SIGNATURE PAGE FOR:**

Response to Answer to Petition – ECF No. 9

The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE
AS REQUIRED BY THE ATTACHED ORDER.